UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

DANIEL CAMPOS,

    Petitioner,

v.

DIRECTOR, TDCJ-CID,

    Respondent.

No. 1:18-CV-00116-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this petition for writ of habeas corpus is dismissed with prejudice.

Dated June 4, 2021.

JAMES WESLEY HENDRIX
United States District Judge